1046

[No. 28534-3-I.   Division One.   April 6, 1992.]

ROY H. BURTON, *Appellant*, v. THE DEPARTMENT
OF FISHERIES, *Respondent*.

Appeal from a judgment of the Superior Court for What-com County, No. 90-2-00894-7, Byron L. Swedberg, J., entered May 10, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Pekelis, JJ.

[No. 27499-6-I.   Division One.   April 6, 1992.]

GREGORY GARY ALBRIGHT, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-02759-7, James J. Dore, J., entered October 22, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Agid, JJ. Now published at 65 Wn. App. 763.

[No. 13409-8-II.   Division Two.   April 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BENTON G.
CROW, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 89-1-00050-2, Joel M. Penoyar, J., entered November 22, 1989. Judgment *affirmed* and sentence *vacated* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.